**Oscar Shelby WILKERSON v. UNITED STATES of America.**

No. 963.

Circuit Court of Appeals, Tenth Circuit.

Sept. 26, 1933.

Dan Nelson, of Oklahoma City, Okl., for appellant.

Herbert K. Hyde, U. S. Atty., of Oklahoma City, Okl.

Before PHILLIPS and BRATTON, Circuit Judges, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed, for failure to prosecute.